No. 509.  SUCKOW BORAX MINES CONSOLIDATED, INC. ET AL. *v.* BORAX CONSOLIDATED, LTD. ET AL.   C. A. 9th Cir. Certiorari denied.  *Sterling Carr* for petitioners.  *Herman Phleger, Moses Lasky, John L. Reith* and *Michael F. McCarthy* for respondents.

No. 510.  STEPOVICH, EXECUTRIX, *v.* KUPOFF ET AL. C. A. 9th Cir.  Certiorari denied.  *Francis R. Kirkham* and *Southall R. Pfund* for petitioner.   *George B. Grigsby* for respondents.

No. 514.  GAMBLE, ADMINISTRATOR, *v.* GAMBLE ET AL. Supreme Court of Georgia.  Certiorari denied.  *William G. McRae* for petitioner.  *James K. Rankin* for respondents.

No. 516.  BENTLEY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir.  Certiorari denied.  *Howe P. Cochran* for petitioners.  *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Harry Baum* for respondent.

No. 481.  MACARTHUR MINING CO., INC. *v.* RECONSTRUCTION FINANCE CORPORATION.   C. A. 8th Cir.   Certiorari denied.   MR. JUSTICE CLARK took no part in the consideration or decision of this application.  *Inghram D. Hook* and *John W. Hoffman, Jr.* for petitioner.  *Solicitor General Perlman, Acting Assistant Attorney General Clapp, Samuel D. Slade* and *Morton Hollander* for respondent.

No. 205, Misc.  GILBERT *v.* MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.  Petitioner *pro se*.  *Edmund E. Shepherd*, Solicitor General of Michigan, for respondent.